SCANNELL v. BETHKE. (Court of Appeals of District of Columbia. Submitted January 14, 1920. Decided February 2, 1920.) No. 1277. Appeal from Decision of Commissioner of Patents. Interference proceedings in the Patent Office between John P. Scannell and John P. Bethke. From a decision for the first-named party, Bethke appeals. Affirmed. C. E. Riordan and Wm. S. Hodges, both of Washington, D. C., for appellant. A. L. Morsell, of Milwaukee, Wis., and C. D. Davis, of Washington, D. C., for appellee.

PER CURIAM. This is an interference proceeding, which solely turns upon issues of fact. After a careful review of the testimony and the concurring decisions of the tribunals of the Patent Office, we are convinced that no error was committed. The testimony is fully and fairly reviewed in the decision of the Commissioner, and a further review here would serve no good purpose. The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as required by law.